# SUPPLEMENT TO THE SARATOGA SENTINEL.

PUBLISHED BY WILBUR & COREY, AT $1.00 PER ANNUM.

Vol. II.]  JANUARY 23, 1843.  [No. 11.

## COURT OF CHANCERY.

### DECISIONS OF THE CHANCELLOR,
JANUARY 23, 1843.

*David Chaffee, jun. et al, appellants* v. *The Baptist Missionary Convention of the State of New York.* GEO. F. COMSTOCK, for appellants ; J. F. SABINE, for respondents.

Appeal from the decision of a circuit judge, reversing the sentence or decree of a surrogate against the validity of a will. The chancellor decided, that upon an appeal from the decision of a surrogate, in such a case the surrogate's return should state who propounded the will before him ; when the proceedings to prove it were instituted ; who were ascertained by him to be the next of kin of the decedent, and which of them, if any, were infants ; who were cited to attend upon the proving of the will ; and who did in fact attend and litigate the will before him. *(Appeal from surrogate to circuit judge as to a validity of a will.)* *(Form of surrogate's return.)*

That upon an appeal to a circuit judge from a surrogate, the appellant should present a petition of appeal naming the persons who are interested in sustaining the decree of the surrogate, as the next of kin of the decedent, and making at least all those who appeared before the surrogate, in opposition to the appellants, parties to such appeal. *(Petition of appeal. Form of.)*

That the petition should also pray that a day may be fixed for the persons thus made respondents, and the appellants, to be heard on such appeal ; so that due notice of the hearing may be given to such of the parties as are entitled to appear to sustain the decision of the surrogate.

And that if either of the respondents is an infant who has

report of commissioners in partition denied, but without costs to either party.